# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:04-cr-213-J-20HTS<br>USM NUMBER: 28453-018 |
| DOMINICK L. DAVIS | Defendant's Attorney: Sylvia Irvin (AFPD) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers __1__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Uttering and Presenting a False and Fictitious Document | March 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The Government is not pursuing charge number(s) ____ and the Defendant is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

FILED 2009 NOV 25 P 12: CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Date of Imposition of Sentence: November 25, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: November 25, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twenty one (21) months to run consecutively with the Defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 3:09-cr-115-J-20HTS, Middle District of Florida, U. S. District Court, Jacksonville Division..**

__X__ The Court makes the following recommendations to the Bureau of Prisons: at Butner, North Carolina

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  _____ at _____ a.m.    p.m. on _____.

  _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  _____ before 2 p.m. on _____.

  _____ as notified by the United States Marshal.

  _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL